**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Josh LeDoux,**

**Plaintiff,**

**v.**

**Speedway SuperAmerica, L.L.C.,**

**Defendant.**

**Civil No. 00-303 ADM/SRN**

**ORDER**

---

Pursuant to the Stipulation between the parties, Josh LeDoux and Speedway SuperAmerica, L.L.C., this Court hereby orders that the deadline for expert disclosures to be filed by the parties has been extended 30 days. Thus Plaintiff will submit his expert disclosures on October 1, 2000, followed by Defendant's submission on November 1, 2000.

DATED: September 1, 2000.

Susan Richard Nelson
United States Magistrate Judge

FILED SEP 05 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

**CIVIL FILE NO. 00-303 ADM/AJB**
**JUDGE : Montgomery**
**MAGISTRATE: Boylan**

JOSH LEDOUX

Plaintiff,

vs.

SPEEDWAY SUPERAMERICA, LLC,

Defendant.

---

**STIPULATION TO EXTEND**
**TIME FOR EXPERT DISCLOSURES**

---

Counsel for both parties stipulate that each party shall have an extension of 30 days within which to designate expert witnesses and provide reports and all information required by Fed. R. Civ. P. 26. Plaintiff will furnish expert designation with reports by September 29, 2000 and Defendant will furnish expert designation with reports by October 30, 2000. That in all other respects the previous imposed Court deadlines as set forth in the Order shall remain in full force and effect.

Dated: aug. 29, 00

**YAEGER, JUNGBAUER. BARCZAK,**
**ROE & VUCINOVICH, PLC.**

Paula M. Kubisiak

Robert T. Dolan #23346
Paula M. Kubisiak #0295292
701 Fourth Avenue South
Suite 1400
Minneapolis, MN 55415
(612) 333-6371
**Attorneys for Plaintiff**

Dated: August 29, 2000

**FAEGRE & BENSON, LLP**

Michael Lapicola

Mike Lapicola, #0286783
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000
**Attorneys for Defendant**